IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:14-CV-2965-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| DUFF, et al. | |
|     Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff appeals the court's February 24, 2016, order. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is not taken in good faith. To the extent plaintiff appeals the court's denial of counsel or an extension of time, the appeal is frivolous as these are non-appealable orders. To the extent plaintiff appeals the court's denial of injunctive relief, the appeal is not taken in good faith because plaintiff failed to demonstrate the likelihood of irreparable injury arising from being denied preferred legal user status in the prison law library.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. This appeal is <u>not</u> taken in good faith; and

2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: July 5, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE